PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16-cr-54 HTW-FKB

MARK LONGORIA
(Wherever Found)

The Clerk of said Court will issue summons returnable on July 26, 2016 at 1:30 p.m. before F. Keith Ball, United States Magistrate Judge, at 501 E. Court Street, Jackson, Mississippi, an Information against the above-named defendant having been filed in the above-entitled cause on July 25th, 2016.

This 25th day of July, 2016.

GREGORY K. DAVIS
United States Attorney

By: _____
Darren J. LaMarca
Assistant U. S. Attorney
MS Bar # 1782

Summons issued: _____

DJL/ FBI